# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**TERESA HOLIFIELD, individually and as representative of the wrongful death beneficiaries of Larry Holifield, Deceased**      **PLAINTIFF**

**VS.**     **CIVIL ACTION NO. 3:21-cv-00259-HTW-LGI**

**MITSUBISHI CATERPILLAR FORKLIFT AMERICA, INC. and MITSUBISHI HEAVY INDUSTRIES AMERICA, INC.**     **DEFENDANTS**

## NOTICE OF DISMISSAL

Pursuant to FRCP, Rule 41(a)(1)(A)(i) Plaintiff, Teresa Holifield, individually and as representative of the wrongful death beneficiaries of Larry Holifield, Deceased, hereby dismisses this action against Defendant Mitsubishi Heavy Industries America, Inc. without prejudice.

**WHEREFORE PREMISES CONSIDERED,** Plaintiff requests that this Court dismiss the action against Defendant Mitsubishi Heavy Industries America, Inc. without prejudice.

Respectfully submitted, this the 14th day of June, 2021.

                       **TERESA HOLIFIELD, individually and as representative of the wrongful death beneficiaries of Larry Holifield, Deceased**

                       _/s/ William T Cooper_
                       William T Cooper

William T. Cooper
Crowell Gillis & Cooper, PLLC
P. O. Box 1827
Columbus, MS  39703
662-243-7334
wcooper@cgclawpllc.com

James D. Golkow
Dan Hessel
Joseph Riches
Golkow Hessel Attorneys
1628 Pine Street
Philadelphia, PA  19103
214-988-9400

## CERTIFICATE OF SERVICE

    I, William T. Cooper, the undersigned attorney, do hereby certify that I have this day filed this document with the Court's ECF system, which electronically delivered notice to all counsel of record.

    DATED: June 14, 2021.

                                          s/ William T. Cooper
                                          William T. Cooper