IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TERESA HOLIFIELD, individually and as representative of
the wrongful death beneficiaries of Larry Holifield, Deceased           PLAINTIFF

VS.                                  CIVIL ACTION NO. 3:21-cv-00259-HTW-LGI

MITSUBISHI LOGISNEXT AMERICAS (HOUSTON)
INC. f/k/a MITSUBISHI
CATERPILLAR FORKLIFT AMERICA, INC.                                      DEFENDANT

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS DAY THIS CAUSE came on to be head on the joint motion, *ore tenus,* of Plaintiff and Defendant Mitsubishi Logisnext Americas (Houston) Inc. f/k/a Mitsubishi Cate1pillar Forklift America, Inc. to dismiss this lawsuit and all claims against Defendant with prejudice. The Com1 finds that said motion is well taken, and should be granted.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED that this civil action be fully dismissed and the claims against Defendant Mitsubishi Logisnext Americas (Houston) Inc. f/k/a Mitsubishi Caterpillar Forklift America, Inc. be, and the same are hereby dismissed with prejudice, with each party to bear its own costs.

SO ORDERED, this the 15th day of December, 2021.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT COUR JUDGE

APPROVED AND AGREED:

_____
COUNSEL FOR PLAINTIFF

_____
COUNSEL FOR DEFENDANT